LAW OFFICES OF
# JOSEPH M. SLATER, P.C.
534 BROAD HOLLOW ROAD • SUITE 301
MELVILLE, NEW YORK 11747

(631) 420-9300

September 12, 2005

*Granted further adjournments no further adjournments 11/18/05 @ 2PM*

Hon. John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

U.S. CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEPT 15 2005 ★
BROOKLYN OFFICE

s/John Gleeson

Re: Unites States of America v. Eloise Lyles-Phillips - CR-04-0150 (S-1)-2(JG)
    United States of America v. Neil Phillips - CR-04-0150 (S-1) (JG)

Dear Honorable Sir:

I am writing at this time to respectfully request an adjournment of the sentencings of both of the above referenced defendants, Eloise Lyles-Phillips and Neil Phillips, presently scheduled to take place on September 16, 2005. The reason why an adjournment is requested is that although the zoning problem seems to have been resolved regarding the sale of the residential premises required to be sold pursuant to the forfeiture and plea agreement between the parties, additional time is needed to clear certain remaining and significant problems dealing with the certificate of occupancy for the said property. Although a closing is presently scheduled to take place "on or about September 20, 2005", the purchasers' attorney has made it clear that the purchasers' mortgage lender will not close until *after* a certificate of occupancy shall be delivered and reviewed, a process anticipated to take between thirty (30) days and forty-five (45) days.

Regarding the Sag Harbor property, also required to be marketed and sold, a new broker was retained, and an "open house" was recently held. Thus far, no firm offers to purchase have been received, despite some inquiries and a very significant drop in the "asking price". It is anticipated that with the end of the vacation season, serious purchasers will arise, trying to get an end of season "bargain". Lastly, insofar as the commercial property in Queens is concerned, complicated negotiations with the tenant in possession seem to be at a standstill. To date, there have been no other purchase offers.

I have spoken to all attorneys involved, Assistant United States Attorney Robert Capers, James DiPietro, Esq. and Paul Gianelli, Esq., and all attorneys agree that an adjournment of the subject sentencings until November 18, 2005 at 2:00 P.M., or such time thereafter as may

Hon. John Gleeson
Re: Defendants Eloise Lyles-Phillips
and Neil Phillips
September 12, 22005
Page Two


more convenient to the Court, would be in the best interests of all concerned parties.

Please advise.

Thank you for your courtesy and cooperation in this matter.

Very truly yours,

Joseph M. Slater

JMS:vr
*Via facsimile transmission*
  *@ (718) 260-2457*
cc: A.U.S.A. Robert Capers, James DiPietro, Esq. and Paul Gianelli

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo
Endorsement is sent is responsible for faxing a
copy to all counsel and retaining verification
of such in the case file. Do not Fax such
notification to Chambers.

# LAW OFFICES OF JOSEPH M. SLATER, P.C.
*ATTORNEYS AND COUNSELORS AT LAW*
534 Broad Hollow Road - Suite 301
Melville, New York 11747

Tel. No. (631) 420-9300
Fax No. (631) 465-7052

## *FACSIMILE TRANSMISSION*

To: <u>Chambers: Hon. John Gleeson</u>

From: <u>Joseph M. Slater, Esq.</u>

Date: <u>September 12, 2005</u>

Fax No.: <u>(718) 260-2457</u>

Pages To Follow: <u>Two (2)</u>

Message: <u>Unites States of America v. Eloise Lyles-Phillips - CR-04-0150 (S-1)-2(JG)</u>
<u>United States of America v. Neil Phillips - CR-04-0150 (S-1) (JG)</u>

(X) This will be the only form of delivery of the transmitted document.

( ) The original of the transmitted documents will be sent by:

    ( ) Regular Mail
    ( ) Messenger
    ( ) Overnight Mail

( ) Copy Received: If this box is checked, a return of this memorandum by mail is required indicating receipt of the documents transmitted.

### CONFIDENTIALITY NOTE

The documents accompanying this facsimile transmission contain information which is confidential or privileged. The information is intended to be for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this facsimilied information is prohibited.

### NOTICE PURSUANT TO CPLR 2103

This law firm does <u>not</u> accept the service of any papers by electronic means.