**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 26 2006 ★

BROOKLYN OFFICE

Neil Phillips
PO Box 2261
Sag Harbor, NY 11963
Email: NeilPhillipsii@aol.com

April 9, 2006

Dear Judge Gleeson,           04 CR 150

My name is Neil Phillips I was sentenced to 8 years in federal custody beginning April 28, 2006. My case number is 1:04-cr-150. With the length of the sentence I will miss both of my daughters graduations from middle school and high school. I respectfully request a stay so that I may at least attend my daughter's graduation from 5th grade into middle school. My presence would mean a lot to her and myself. Her graduation day is on Friday, June 16th at 11 am. She and I would most appreciate your allowing me to attend this event.

Respectfully Submitted,

Neil Phillips

Denied.

So ordered

s/John Gleeson

USDJ
4/18/06

Cc: Paul Gianelli, Defense Attorney
Robert Capers, AUSA

  

# EASTERN DISTRICT OF NEW YORK
# 225 CADMAN PLAZA EAST
# BROOKLYN, NEW YORK 11201

## FAX COVER SHEET

DATE: APRIL 19, 2006
FROM FAX NO. **(718) 613-2399**
NAME OF SENDER: **TERESA HENRY -RELIEF CASE MANAGER**
TELEPHONE NUMBER: **(718) 613-2334**

PLEASE DELIVER TO:    631-231-1344

PAUL GIANELLI, ESQ.

NUMBER OF PAGES INCLUDING COVER SHEET: 2

MESSAGE:

NOTE: IF YOU DO NOT RECEIVE THE INDICATED NUMBER OF PAGES, PLEASE CALL THE SENDER.

225 Cadman Plaza East, Brooklyn, New York 11201

Neil Phillips
PO Box 2261
Sag Harbor, NY 11963
Email: NeilPhillipsii@aol.com

April 9, 2006

Dear Judge Gleeson,

My name is Neil Phillips I was sentenced to 8 years in federal custody beginning April 28, 2006. My case number is 1:04-cr-150. With the length of the sentence I will miss both of my daughters graduations from middle school and high school. I respectfully request a stay so that I may at least attend my daughter's graduation from 5th grade into middle school. My presence would mean a lot to her and myself. Her graduation day is on Friday, June 16th at 11 am. She and I would most appreciate your allowing me to attend this event.

Respectfully Submitted,

Neil Phillips

APR 11 2006

Cc: Paul Gianelli, Defense Attorney
    Robert Capers, AUSA